■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CRAIG PITTMAN, Appellant, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY et al., Respondents. [736 NYS2d 599] —Appeal from order, Supreme Court, Bronx County (Robert Straus, J.), entered on or about November 1, 1999, which denied petitioner's application for a writ of habeas corpus and dismissed the petition, unanimously dismissed, without costs.

Since petitioner's maximum term of imprisonment has expired, the appeal has been rendered moot (*People ex rel. Jones v New York State Div. of Parole*, 251 AD2d 43). Concur—Williams, J.P., Mazzarelli, Rosenberger, Wallach and Lerner, JJ.